UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 16-36 |
| ANDRE STAGGERS | SECTION: "S" (1) |

**ORDER AND REASONS**

Before the court is defendant Andre Staggers' **Motion for Return of Property**, filed pro se, in which he seeks return of $462,672.00 seized from his residence at the time of his arrest. Rec. Doc. 573.

In addition to the fact that Staggers is represented by counsel, and thus unauthorized to file a motion pro se, United States v. Daniels, 572 F.2d 535, 540 (5th Cir. 1978), this matter is on appeal, and the court is therefore divested of jurisdiction. "[A]n appeal of a judgment determining the entire action divests the district court of jurisdiction, while that appeal is pending, over any further matters for that action, 'except in aid of the appeal or to correct clerical errors.' " United States v. Pena, 713 F. App'x 271, 273 (5th Cir. 2017) (quoting Nicol v. Gulf Fleet Supply Vessels, Inc., 743 F.2d 298, 299 (5th Cir. 1984)). Staggers' instant motion is not filed in aid of the appeal or to correct clerical errors.

Accordingly, the **Motion for Return of Property** (Rec. Doc. 573) is **DENIED**.

New Orleans, Louisiana, this  7th  day of April, 2020.

                        **MARY ANN VIAL LEMMON**
                        **UNITED STATES DISTRICT JUDGE**