UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 16-36** |
| **ANDRE STAGGERS** | **SECTION: "S" (1)** |

## ORDER AND REASONS

Before the court is defendant's **Motion for Reduction of Sentence** (Rec. Doc. 670), in which he seeks a reduction in sentence, arguing that if sentenced today under the First Step Act, he would not be subject to a mandatory minimum sentence of life imprisonment.

Following a trial by jury, the defendant was convicted on all charges against him. His subsequent appeal was denied. In connection with his appeal, the United States Court of Appeals for the Fifth Circuit considered the same argument defendant makes here: that the First Step Act should be applied retroactively to defendant allowing him to be re-sentenced under the current, more lenient sentencing provisions. United States v. Staggers, 961 F.3d 745, 754 (5th Cir.), cert. denied, 141 S. Ct. 388 (2020). The Fifth Circuit explicitly rejected this argument. Id. Accordingly, there is no legal basis for the requested relief. Therefore,

Defendant's **Motion for Reduction of Sentence** (Rec. Doc. 670) is **DENIED**.

New Orleans, Louisiana, this 24th day of February, 2022.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE